# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **PAUL E. SPARKS,** <br><br> **Defendant.** | PO-24-5084-GF-JTJ <br><br> **VIOLATION:** <br> **E2028529** <br> **Location Code: M13** <br><br><br> **ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $40 fine and $30 processing fee for violation E2028529 (for a total of $70), and for good cause shown, **IT IS ORDERED** that the $70 fine paid by the defendant is accepted as a full adjudication of violation E2028529.

**IT IS FURTHER ORDERED** that violation E2028529 is **DISMISSED.**

**IT IS FURTHER ORDERED** that the initial appearance scheduled for September 20, 2024, is **VACATED.**

DATED this 19th day of September, 2024.

_____
John Johnston
United States Magistrate Judge